# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NANCY F. LANGWORTHY,** )<br>)<br>    **Plaintiff,** )<br>)<br>          v. )<br>)<br>**JEFFERSON B. SESSIONS,** )<br>   **Attorney General of the United States,** )<br>)<br>    **Defendant.** )<br>_____) | Civ. Action No. 17-2787 (CKK) |

## JOINT STATUS REPORT AS TO DISCOVERY PLAN

Pursuant to the Scheduling and Procedures Order issued by the Court on May 3, 2018, the parties hereby submit the following Joint Discovery Plan.

| | |
|---|---|
| Parties to exchange Initial Disclosures on or before: | June 4, 2018 |
| Parties to exchange written and electronic discovery requests on or before: | July 10, 2018 |
| Responses and objections to written discovery requests due on or before: | September 12, 2018 |
| Responses to electronic discovery requests due on or before: | October 12, 2018 |
| First round of depositions of agency witnesses: | The week of January 22, 2019 |
| Second round of depositions of agency witnesses, and depositions of other witnesses: | The week of February 19, 2019 |
| Third round of depositions of agency witnesses, and other remaining depositions: | The week of February 25, 2019 |
| Plaintiff's and other witnesses' deposition: | The week of March 11, 2019 |

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100


_____/s/_____

Lauren M. Drabic, Esq.
 D.C. Bar 1011323
Seldon Bofinger & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C.  20004
(202) 393-8200

*Counsel for Plaintiff*

JESSIE K. LIU,
D.C. BAR # 472845
United States Attorney
 for the District of Columbia


DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division


*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.braswell@usdoj.gov

*Counsel for Defendant*