# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NANCY F. LANGWORTHY,** | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 17-2787 (CKK) |
| **WILLIAM BARR,** Attorney General of the United States, | ) |
| Defendant. | ) |

## MOTION TO DISMISS

At plaintiff's request, for health and financial reasons, counsel for plaintiff respectfully moves the Court to dismiss this case, pursuant to Rule 41(a)(1)(B), Fed. R. Civ. P., each side to bear its own attorneys' fees and costs.

Counsel for plaintiff contacted counsel for defendant to advise her of this Motion but was unable to reach her. Counsel for plaintiff will update the Court on defendant's position once he hears back from counsel for defendant.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100

_____/s/_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767
Seldon Bofinger & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C. 20004
(202) 393-8200
Counsel for Plaintiff