**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NANCY F. LANGWORTHY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civ. Action No. 17-2787 (CKK)** |
| | ) | |
| **WILLIAM BARR,** | ) | |
| **Attorney General of the United States,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S REPORT TO THE COURT REGARDING DEFENDANT'S POSITION**

Since filing Plaintiff's Motion to Dismiss [ECF #20], plaintiff's counsel has been advised by defendant's counsel that defendant does not oppose plaintiff's Motion.

Respectfully submitted,


_____/s/_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100


_____/s/_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767
Seldon Bofinger & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C.  20004
(202) 393-8200
Counsel for Plaintiff